UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROSSMARY DOUGLAS,

      Plaintiff,

v.                                              Case No.: _____

CAPIO PARTNERS, LLC,

      Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Capio Partners, LLC ("Capio"), through undersigned counsel, hereby removes the above-captioned civil action from the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.  The removal of this civil case is proper because:

1.    Capio is named in this civil action filed by plaintiff, Rossmary Douglas, ("plaintiff"), in the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida, titled *Rossmary Douglas v. Capio Partners, LLC,* Case No.: CACE21007631 (hereinafter the "State Court Action").

2.    Capio removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), Capio has timely filed this Notice of Removal. Capio was served with plaintiff's Complaint on April 16, 2021. This Notice of Removal is filed within 30 days of receipt of the Complaint by Capio.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Seventeenth Judicial Circuit, in and for Broward County, Florida.

WHEREFORE, Defendant, Capio Partners, LLC, hereby removes to this Court the State Court Action.

Dated: May 4, 2021

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2460
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Capio Partners, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including the described below.

Jordan A. Shaw, Esq.
Zebersky Payne Shaw Lewenz, LLP
110 SE 6th Street, Ste. 2900
Fort Lauderdale, FL 33301
jshaw@zpllp.com
*Counsel for Plaintiff*

J. Dennis Card, Jr., Esq.
Consumer Law Organization, P.A.
721 US Highway 1, Suite 201
North Palm Beach, Florida 33408
dennis@cloorg.com
*Counsel for Plaintiff*

                                           */s/ Michael P. Schuette*
                                           Attorney