UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROSSMARY DOUGLAS,

    Plaintiff,                                                   Case No.: 0:21-cv-60951-WPD

v.

CAPIO PARTNERS, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ROSSMARY DOUGLAS, and Defendant, CAPIO PARTNERS, LLC, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs. This Court retains jurisdiction for ninety (90) days to enforce the terms of the settlement if necessary.

Respectfully Submitted,

| | |
|---|---|
| */s/ Michael P. Schuette* | */s/ J. Dennis Card, Jr.* |
| Michael P. Schuette, Esq. | J. Dennis Card, Jr., Esq. |
| Florida Bar No. 0106181 | Florida Bar No. 487473 |
| Dayle M. Van Hoose, Esq. | CONSUMER LAW |
| Florida Bar No. 0016277 | ORGANIZATION, P.A. |
| SESSIONS, ISRAEL & SHARTLE, LLC | 721 US Highway 1, Suite 201 |
| 3350 Buschwood Park Drive, Suite 195 | North Palm Beach, Florida 33408 |
| Tampa, Florida 33618 | Telephone: 561-822-3446 |
| Telephone: (813) 890-2460 | Facsimile: 305-574-0132 |
| Facsimile: (877) 334-0661 | dennis@cloorg.com |
| mschuette@sessions.legal | *Counsel for Plaintiff* |
| dvanhoose@sessions.legal | |
| *Counsel for Defendant,* | |
| *Capio Partners, LLC* | |

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/*_____
J. Dennis Card, Jr., Esq.
Florida Bar No. 487473